# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWINA PINON, individually and on behalf of all persons similarly situated,<br><br>    Plaintiff,<br><br>vs.<br><br>TRISTAR PRODUCTS, INC., DOES 1-10, inclusive,<br><br>    Defendant. | Case No. 1:16-cv-00331-DAD-SAB<br><br>**ORDER RE STIPULATED APPLICATION FOR EXTENSION OF TIME TO RESPOND TO THE COMPLAINT**<br><br>**(ECF No. 9)** |

WHEREAS the Complaint in the above-entitled action was filed on March 10, 2016 and served on March 22, 2016;

WHEREAS the Parties entered into a stipulation to extend the time for filing of responsive pleading 14 days to April 26, 2016 (Dkt. No. 6);

WHEREAS Defendant Tristar Products, Inc.'s ("Tristar") has retained this firm to defend the action, substitution of counsel being filed concurrently herewith;

WHEREAS the parties have been unable to schedule a time to meet and confer to discuss Tristar's contemplated motion in response the Complaint in conformance with this Court's Standing Order requiring the parties to meet and confer before filing a motion (Dkt. No. 4-1, ¶ 1.C);

1  WHEREAS Plaintiff Edwina Pinon agrees to grant Tristar one further extension of time of 7 days to respond to the Complaint so that the parties may engage in the requisite meet and confer about Tristar's contemplated motion in response to the Complaint;

**WHEREFORE,** the parties hereby stipulate by and through their respective counsel and ask this Court, pursuant to Local Rule 144, to grant Tristar a 7-day extension to **May 3, 2016,** to respond to the Complaint in the above-captioned matter.

**IT IS SO STIPULATED.**

Dated: April 26, 2016                           LEWIS BRISBOIS BISGAARD & SMITH LLP

By: */s/ Pamela M. Ferguson*
Shawn A. Toliver
Pamela M. Ferguson
Attorneys for Defendant TRISTAR PRODUCTS, INC.

Dated: April 26, 2016                           LAW OFFICES OF TODD M. FRIEDMAN, P.C.

By: */s/ Meghan E. George* (as authorized on April 26, 2016)
Todd M. Friedman
Megan E. George
Attorneys for Plaintiff EDWINA PINON

IT IS SO ORDERED.

Dated:  **April 26, 2016**

UNITED STATES MAGISTRATE JUDGE

2