# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWINA PINON, individually and on behalf of all persons similarly situated,<br><br>                Plaintiff,<br><br>        v.<br><br>TRISTAR PRODUCTS, INC., DOES 1-10, inclusive,<br><br>                Defendant. | Case No. 1:16-cv-00331-DAD-SAB<br><br>ORDER RE SECOND AMENDED STIPULATED REQUEST FOR CONTINUANCE OF MANDATORY SCHEDULING CONFERENCE<br><br>(ECF No. 31) |

The parties to this action, by and through their counsel of record, hereby agree and stipulate that the scheduling conference currently set for November 14, 2016 at 3:00 p.m. shall be continued by the Court for 30-40 days based on the Court's calendar and availability.

A brief continuance of the scheduling conference would afford counsel a reasonable opportunity for additional time to complete the meet and confer process and help resolve differences between the parties regarding scheduling, factual issues, legal issues and alternative dispute resolution. This will maximize the Parties' ability to resolve some of the issues and limit the number of issues at trial in an effort to facilitate the just, speedy and inexpensive determination of the action.

IT IS SO STIPULATED.

Dated: November 9, 2016        LEWIS BRISBOIS BISGAARD & SMITH LLP

By: */s/ Jon C. James*
Pamela M. Ferguson
Jon C. James
Attorneys for Defendant TRISTAR PRODUCTS, INC.

Dated: November 9, 2016        LAW OFFICES OF TODD M. FRIEDMAN, P.C.

By: */s/ Meghan E. George*
Todd M. Friedman
Meghan E. George
Attorneys for Plaintiff EDWINA PINON

### **ORDER**

**IT IS HEREBY ORDERED** that, pursuant to the Stipulation of the parties, and good cause appearing, the Mandatory Scheduling Conference, currently set for November 14, 2016 at 3:00 p.m., is hereby continued to Tuesday, December 13, 2016 at 9:00 a.m.

IT IS SO ORDERED.

Dated:   **November 9, 2016**

UNITED STATES MAGISTRATE JUDGE